PROB 12B
ED/AR (12/2012)



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 2 9 2014

JAMES W. McCORMACK CLERK
By:_____ RK
DEP CLERK

# United States District Court

## for the

## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Clifford K. Lafleur                        Case Number:  4:05CR00236 JLH

Name of Sentencing Judicial Officer:      Honorable J. Leon Holmes
                                          United States District Judge

Original Offense:          Counts 1 and 2:  Mailing Threatening Communications

Date of Sentence:          August 2, 2006

Original Sentence:         96 months Bureau of Prisons on each count to run concurrently to each other and to
                           run consecutively to the undischarged term of imprisonment in the Arkansas
                           Department of Correction, 3 years supervised release, DNA, substance abuse testing
                           and treatment, abstain from the use of alcohol throughout the course of treatment,
                           mental health counseling, and $200 special penalty assessment

Type of          Supervised        Date Supervision Commenced:  April 10, 2014
Supervision:     Release           Date Supervision Expires:  April 9, 2017

| U.S. Probation | Asst. U.S. | Defense |
|---|---|---|
| Officer:  Daniel M. Cole | Attorney:  Cameron McCree | Attorney:  Lisa Peters |

## PETITIONING THE COURT

☐     To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒     To modify the conditions of supervision as follows:

The defendant shall submit to inpatient or outpatient mental health evaluation, counseling, testing, and/or
treatment, all with emphasis on sex offender treatment, as deemed necessary and directed by the U.S. Probation
Officer.

## CAUSE

The defendant's supervision commenced on April 10, 2014, in the Western District of Arkansas.  On
December 1, 2014, the defendant's supervising officer in the Western District of Arkansas notified our office
that the defendant's aunt had reported that he was asking for hugs frequently, giving her inappropriate hugs, and
following her around the house.  The defendant admitted to his supervising officer that he is a "touchy-feely"
person and stated that it could have contributed to his previous sex offense conviction of Carnal Abuse, 3rd
Degree.

Prob 12B                                            -2-                                    Request for Modifying the
                                                                                      Conditions or Terms of Supervision
                                                                                          with Consent of the Offender

Name of Offender:  Clifford K. Lafleur                              Case Number:  4:05CR00236 JLH

The defendant informed his supervising officer that he felt he would benefit from sex offender counseling since
he had participated in and benefitted from the counseling in the past.  The defendant requested that his
conditions be modified to allow the Western District of Arkansas to assist him with obtaining sex offender
treatment.  The Western District of Arkansas is requesting the modification to ensure the protection of the
community, deter new sexual criminal conduct, and place the defendant in a treatment environment that will be
most conducive to his needs.

_____                    _____

Daniel M. Cole                                     Cameron McCree
U.S. Probation Officer                             Assistant U.S. Attorney

Date: December 18, 2014                            Date: December 23, 2014

Approved:

_____
Supervising U.S. Probation Officer


This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☑  The Modification of Conditions as Noted Above
☐  Other

                                                   _____
                                                   Signature of Judicial Officer

                                                   December 29, 2014
                                                   _____
                                                   Date


This form is to be filed with Criminal Docketing as an order and/or petition.


c:   Assistant Federal Public Defender, Lisa Peters, 1401 West Capitol Avenue, Suite 490, Little Rock, AR
     72201
     Assistant U.S. Attorney, Cameron McCree, 4:05CR00236 JLH, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(1/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit to inpatient or outpatient mental health evaluation, counseling, testing and/or treatment, all with emphasis on sex offender treatment, as deemed necessary and directed by the U.S. Probation Officer.

Witness _____
(U.S. Probation Officer)

Signed X _____
(Probationer or Supervised Releasee)

12/01/2014
(Date)

_____
Defense Attorney